CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
FEB 0 9 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 1:05CR00067 |
| v. | ) |
| | ) **ORDER** |
| DANIEL BRICE CROUSE, | ) |
| | ) By: James C. Turk |
| Defendant. | ) Senior United States District Judge |

By order dated January 17, 2006, this case was referred to the presiding United States Magistrate Judge, the Honorable Pamela Meade Sargent, to hear Defendant's motion to suppress. The Magistrate Judge was requested to submit a report to this Court setting forth findings of fact, conclusions of law, and recommendation as to the issue of suppression of evidence.

Following a hearing on the matter on January 17 & 23, 2006, the Magistrate Judge filed a report on January 26, 2006. It was recommended that the Court deny the Defendant's motion to suppress. On February 3, 2006, the defendant filed his objections to the Magistrate's report. Upon careful review of the material facts and issues and the objections filed by the defendant, the Court overrules the defendant's objections and adopts the Magistrate Judge's report in its entirety.

It is accordingly

### ADJUDGED AND ORDERED

1. That the United States Magistrate Judge's Report and Recommendation, filed January 26, 2006, shall be and hereby is **ADOPTED** in its entirety; and

1

2. For reasons set forth in the Magistrate Judge's Report, the Defendant's Motion to Suppress (dkt. no. 14), shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this Order to all counsel of record and Magistrate Judge Sargent.

ENTER: This 9th day of February, 2006.

James C. Turk
Senior United States District Judge

2